IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ACCORDIA LIFE AND ANNUITY COMPANY, an Iowa corporation,<br><br>Plaintiff,<br><br>v.<br><br>(1) SDM HOLDINGS, LLC, an Oklahoma Limited Liability Company; and<br><br>(2) SDM HOLDINGS, LLC, a Connecticut Limited Liability Company,<br><br>Defendants. | Case No. 24-CV-949-HE |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Accordia Life and Annuity Company ("Accordia") hereby submits its corporate disclosure statement. Accordia, an Iowa corporation with its principal place of business in Iowa, is a wholly owned indirect subsidiary of The Global Atlantic Financial Group, LLC, which in turn is a wholly owned indirect subsidiary of KKR & Co. Inc. ("KKR"), a Delaware corporation with its principal place of business in New York. Accordia is not a publicly traded company. However, the common stock of KKR is publicly traded on the New York Stock Exchange.

Respectfully submitted,

/s/ Alison M. Howard
Alison M. Howard, OBA #19835
CROWE & DUNLEVY,
A PROFESSIONAL CORPORATION
The Braniff Building
324 North Robinson, Suite 100

Oklahoma City, Oklahoma 73102
Telephone: (405) 235-7700
Facsimile: (405) 239-6651
alison.howard@crowedunlevy.com

**ATTORNEYS FOR PLAINTIFF, ACCORDIA LIFE & ANNUITY COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2024, I served the aforesaid document by U.S. mail postage prepaid on the following:

Nicole Jacobsen, Manager
SDM Holdings, LLC
P.O. Box 13086
Oklahoma City, OK  73113

Robert B. Cox, Agent for Service of Process
SDM Holdings, LLC
Halloran & Sage LLP
225 Asylum Street
Hertford, CT  06103-1503

s/Alison M. Howard
Alison M. Howard, OBA# 19835

2