## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ACCORDIA LIFE AND ANNUITY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.   CIV-24-0949-HE |
| | ) | |
| SDM HOLDINGS, LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### CLERK'S ENTRY OF DEFAULT

A search of the court records in this case reveals that there was no answer, appearance or response to plaintiff's complaint filed by defendant SDM Holdings, LLC, a Connecticut limited liability company within the time prescribed.   Therefore, defendant SDM Holdings, LLC, a Connecticut limited liability company is in default.

Dated this 21st day of October, 2024.

**Joan Kane, Clerk of Court**
**Western District of Oklahoma**

By:      s/Lisa Minter_____
         Deputy Clerk